# IN THE SUPREME COURT OF THE STATE OF NEVADA

E&T VENTURES, LLC,
Petitioner,

vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JOANNA KISHNER, DISTRICT
JUDGE,
Respondents,

and

EUPHORIA WELLNESS, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
Real Party in Interest.

No. 84133

FILED

FEB 10 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges a district court order setting an evidentiary hearing to determine discovery sanctions, directing the nonparty who verified interrogatory responses on behalf of petitioner to appear, and directing counsel for petitioner to serve the order on the nonparty.

Having considered the petition and supporting documentation, we are not convinced that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that writ

22-04532

relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Accordingly, we ORDER the petition DENIED.[1]

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Hon. Joanna Kishner, District Judge
Law Office of Mitchell Stipp
Jones Lovelock
Eighth District Court Clerk

---

[1]In light of this order, petitioner's emergency motion for stay is denied as moot.